UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD DEWAYNE NELSON,<br><br>Plaintiff,<br><br>v.<br><br>VERONICA ALICEA GALVAN ET AL.,<br><br>Defendants. | CASE NO. 2:22-cv-00547-JHC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) Plaintiff's complaint (Dkt. # 4–1) and this action are DISMISSED with prejudice under 28 U.S.C. § 1915A(b)(1) for failure to state a cognizable ground for relief under 42 U.S.C. § 1983.

(3) The Clerk is directed to send copies of this Order to Plaintiff and to Judge Peterson.

\\

\\

Dated this 29th day of July, 2022.

*John H. Chun*

John H. Chun
United States District Judge